

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,656

### EX PARTE MICHAEL BERNARD SPARKS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F-0972783-H IN THE CRIMINAL DISTRICT COURT #1
### FROM DALLAS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of cocaine and sentenced to twenty-five years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Sparks v. State*, No. 05-10-00-00304-CR (Tex. App.–Dallas, October 26, 2010).

Applicant contends that he was denied his right to file a *pro se* petition for discretionary review. Appellate counsel was not timely notified of the appellate opinion and therefore did not timely notify Applicant of the decision of the appellate court.

Based on the letter from appellate counsel, the trial court has entered findings of fact and conclusions of law that Applicant is entitled to relief. The trial court recommends that relief be granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2003). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fifth Court of Appeals in Cause No. 05-10-00304-CR that affirmed his conviction in Case No. F-0972783-H from the Criminal District Court #1 of Dallas County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: October 5, 2011
Do not publish